UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER REESE,<br><br>            Plaintiff,<br><br>     v.<br><br>WAL-MART ASSOCIATES, INC.; AND DOES 1 through 100 inclusive,<br><br>            Defendants. | Case No. 1:24-cv-01092-KES-CDB<br><br>ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE<br><br>(Doc. 9) |

Based on the parties' representations in the pending stipulated request to continue the scheduling conference (Doc. 9), the availability of the Court, and for good cause appearing, the Court HEREBY ORDERS that the Scheduling Conference set for December 5, 2024, be continued to March 6, 2025, at 10:00 a.m. As previously directed (Doc. 2), the parties shall file a joint scheduling report at least one week prior to the conference.

IT IS SO ORDERED.

Dated:   **November 14, 2024**                                    _____

UNITED STATES MAGISTRATE JUDGE