UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER REESE,<br><br>        Plaintiff,<br><br>    v.<br><br>WAL-MART ASSOCIATES, INC.; AND DOES 1 through 100 inclusive,<br><br>        Defendants. | Case No. 1:24-cv-01092-KES-CDB<br><br>ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE <u>AS MODIFIED</u><br><br>(Doc. 20) |

Based on the parties' representations in the pending joint stipulated request to continue the scheduling conference (Doc. 20), the Court finds good cause to continue the mandatory scheduling conference. However, the Court does not find a 90-day extension, as proposed by the parties, to be necessary presently.

Accordingly, the Court HEREBY ORDERS that the scheduling conference set for March 6, 2025, be continued to <u>May 12, 2025, at 10:00 a.m</u>. As previously directed (Doc. 2), the parties shall file a joint scheduling report at least one week prior to the conference.

IT IS SO ORDERED.

Dated: **February 24, 2025**

UNITED STATES MAGISTRATE JUDGE